60,852-07

From: Charles Bunton
Allred Unit, TDCJ #1143771
2101 FM 369 North
Iowa Park, TX 76367

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 16 2015

Abel Acosta, Clerk

March 11, 2015

To: Court of Criminal Appeals of Texas
P.O. Box 12308, Capitol Station
Austin, Texas 78711

Dear Clerk:

On March 14, 2014 in cause no. WR-60,852-07 My "original application for writ of mandamus was received and presented to the Court." On April 2, 2014 "the Court... denied without written order motion for leave to file..."

This Court was aware that the requirement to file a "motion for leave to file" was repealed long before I filed my mandamus. I cannot afford to purchase any of the EXHIBITS that this Court has because I am now indigent. The issues in my mandamus should be revisited by this Court on its' own motion because the 3rd C.O.A. wrongly affirmed my conviction on direct appeal.

Respectfully Submitted,
Charles Bunton